IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00728-PAB-KLM

KENT D. MENGE,

    Plaintiff,

v.

AT&T, INC., a Delaware corporation,
AT&T UMBRELLA BENEFIT PLAN NO. 1,
AT&T OPERATIONS, INC., a Delaware corporation, and
THE AT&T DISABILITY INCOME PROGRAM,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Discovery** [Docket No. 17; Filed August 5, 2011] and Defendants' **Unopposed Motion for Authorization to Conduct Limited Discovery** [Docket No. 18; Filed August 5, 2011] (collectively, the "Motions").  The Court ordered that the deadline for filing any motion requesting discovery was August 5, 2011.  *Scheduling Order in an Action for Review of Administrative Record* [Docket No. 10] at 4.  Accordingly, the Motions were timely filed.

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.

    IT IS FURTHER **ORDERED** that each side may serve up to 10 interrogatories, 10 requests for production of documents, and 10 requests for admission on or before **September 2, 2011**.

    IT IS FURTHER **ORDERED** that the above discovery shall be completed by **October 7, 2011**.

    Dated:  August 10, 2011