IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00728-PAB-KLM

KENT D. MENGE,

    Plaintiff,

v.

AT&T, INC., a Delaware corporation,
AT&T UMBRELLA BENEFIT PLAN NO. 1,
AT&T OPERATIONS, INC., a Delaware corporation, and
THE AT&T DISABILITY INCOME PROGRAM,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Permission for Client Representative to Attend Settlement Conference by Telephone** [Docket No. 22; Filed September 12, 2011] (the "Motion").  Defendants request an order from the Court authorizing Nancy Watts ("Ms. Watts"), a Senior Benefit Analyst for Defendants, to attend the October 18, 2011 Settlement Conference in this matter by telephone.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court reminds Defendants that they must provide the telephone for Ms. Watts' appearance.  Unless one has obtained a "green card," cell phones with cameras are not permitted in the courthouse. A green card may be obtained by contacting the Clerk's office.

    Dated:  September 12, 2011