0IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00728-PAB-KLM

KENT D. MENGE,

 Plaintiff,

v.

AT&T, INC., a Delaware corporation,
AT&T UMBRELLA BENEFIT PLAN NO. 1,
AT&T OPERATIONS, INC., a Delaware corporation, and
THE AT&T DISABILITY INCOME PROGRAM,

 Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 53] of Judge Philip A. Brimmer entered on March 25, 2014, it is

**ORDERED** that the February 27, 2009 decision of the AT&T Integrated Disability Service Center Qualified Review Unit upholding the denial of Mr. Menge's claim for short-term disability benefits from May 19, 2008 through July 10, 2008 is **AFFIRMED**. It is further

**ORDERED** that plaintiff's claim for a statutory penalty pursuant to 29 § U.S.C. 1132(c)(1) is **DENIED**. It is further

**ORDERED** that judgment is hereby entered in favor of the defendants and against the plaintiff. It is further

**ORDERED** that the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is **CLOSED**.

Dated at Denver, Colorado this 26th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks
_____

Kathy Preuitt-Parks
Deputy Clerk